UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24057-CIV-ALTONAGA

**NAPOLEON SARDINAS**,

    Plaintiff,

v.

**TRS RECOVERY SERVICES, INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On November 18, 2021, the Court entered an Order [ECF No. 6] requiring the parties to file a joint scheduling report and certificates of interested parties by November 30, 2021. To date, Plaintiff, Napoleon Sardinas, and Defendant, TRS Recovery Services, Inc., have not filed a joint scheduling report; and Plaintiff has not filed a certificate of interested parties.

Accordingly, it is **ORDERED** that the parties shall comply with the November 18, 2021 Order **[ECF No. 6]** by **December 2, 2021**, failing which the case will be dismissed without prejudice. With their submissions, the parties shall explain why they did not comply with the November 18, 2021 Order, necessitating this Order.

**DONE AND ORDERED** in Miami, Florida, this 1st day of December, 2021.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record